# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JEFFREY J. MCCUIN**,

    Plaintiff,

v.                    CASE NUMBER: 7:12-cv-1377 (DNH)

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision denying plaintiff disability benefits is AFFIRMED and the complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 3rd day of March, 2014.

DATED: March 3, 2014

*Lawrence K. Baerman*
Clerk of Court

By: s/ Nicole Killius
    Deputy Clerk